# EXHIBIT B

 

P.O. Box 69184  Harrisburg, PA 17106-9184
Toll-free 855-265-4038 • International 717-720-1985
TDD 800-722-8189 (for hearing impaired callers)
Fax 717-720-1628
www.MyFedLoan.org

JULY 07, 2012

#BWBBCFT
#B822 3017 7907 07L3#
JAMIE B RUDERT
715 DELAWARE AVE SW
WASHINGTON DC   20024-4205



ACCT NUMBER: 

## RESPONSE TO THE EMPLOYMENT CERTIFICATION FORM YOU SUBMITTED FOR THE PUBLIC SERVICE LOAN FORGIVENESS PROGRAM

### WHY WE ARE CONTACTING YOU

We received the Public Service Loan Forgiveness (PSLF) Employment Certification form(s) you submitted and determined that the employer(s) listed below is a qualifying public service organization(s) for the purpose of PSLF.

| EMPLOYER NAME | BEGIN DATE CERTIFIED | END DATE CERTIFIED |
|---|---|---|
| VIETNAM VETERANS OF AMERICA | 04/01/2012 | 06/18/2012 |

Your employment status qualifies you for participation in the PSLF Program for the certified employment time period(s) provided above. Note: If the dates submitted differ from those listed above, it may be due to overlapping employment periods or dates certified into the future.  If your certified employment begin date is on or before October 1, 2007, only the portion of your employment that falls after this date qualifies for PSLF Program purposes.

If you have any U.S. Department of Education owned student loans that are not already serviced by FedLoan Servicing, we will contact your current servicer(s) to request a transfer of your loans to us.  This transfer will allow you to manage all of your loans in one location and closely track your progression to eligibility for forgiveness.  Please allow up to a few weeks for the entire transfer process to be completed.

### ELIGIBILITY TRACKING FOR PUBLIC SERVICE LOAN FORGIVENESS

In the next few weeks, we will calculate and provide you with notification of the number of qualifying payments you have made during the qualifying employment period listed above, the total number of qualifying payments you have made during all periods of qualifying employment approved to date, the estimated number of payments that are still required, and the date you are expected to be eligible to apply for forgiveness.

### WHEN CAN YOU APPLY FOR FORGIVENESS?

You may apply for loan forgiveness **after** you have made 120 on-time qualifying payments.  You must be working for a qualifying public service organization at the time you submit the application for forgiveness and at the time the remaining balance on your loan is forgiven.  A final determination of your eligibility for forgiveness will occur upon receipt of your application.

While applying for and receiving forgiveness, you must continue full-time employment with a qualifying public service organization while making on-time qualifying payments under one of the approved repayment plans until you have received notice that you may cease making payments on your Direct Loan(s).



TLX2X:FS06BECFAP
MR                                    27164121880000046

**THINGS TO REMEMBER**
Although we will maintain copies of any documents that we receive, we recommend that you keep copies of all forms that you submit and any supporting documentation regarding your employment and the PSLF Program. We also recommend that you submit an employment certification annually so that we can update you on your progress toward your forgiveness eligibility date. The Employment Certification Form and additional information regarding the program can be found on our website at www.MyFedLoan.org/PSLF.

Note: In order to have any remaining loan balance to forgive under the PSLF Program, most of your payments must be made under the Income-Based Repayment (IBR) or Income Contingent Repayment (ICR) Plans. However, you will pay more interest over time under these repayment plans if you are not ultimately eligible for loan forgiveness under PSLF.

Prepayments generally will not count toward more than one qualifying payment and no partial forgiveness is available for making less than 120 payments.

**QUESTIONS?**
If you have any questions regarding the Public Service Loan Forgiveness Program, we have loan specialists that are here to help. Contact us by any of the methods provided on the front of this letter.