# EXHIBIT C



OCTOBER 30, 2014

#BWBBCFT
#B822 3017 7910 30L9#
JAMIE B RUDERT
715 DELAWARE AVE SW
WASHINGTON DC   20024-4205



ACCT NUMBER: ▮▮▮▮

### RESPONSE TO THE EMPLOYMENT CERTIFICATION FORM YOU SUBMITTED FOR THE PUBLIC SERVICE LOAN FORGIVENESS PROGRAM

**WHY WE ARE CONTACTING YOU**
We received the Public Service Loan Forgiveness (PSLF) Employment Certification form(s) you submitted and determined that the employer(s) listed below is a qualifying public service organization(s) for the purpose of PSLF.

| EMPLOYER NAME | BEGIN DATE CERTIFIED | END DATE CERTIFIED |
|---|---|---|
| VIETNAM VETERANS OF AMERICA | 06/19/2012 | 10/21/2014 |

Your employment status qualifies you for participation in the PSLF Program for the certified employment time period(s) provided above. Note: If the dates submitted differ from those listed above, it may be due to overlapping employment periods or dates certified into the future. If your certified employment begin date is on or before October 1, 2007, only the portion of your employment that falls after this date qualifies for PSLF Program purposes.

If you have any U.S. Department of Education owned student loans that are not already serviced by FedLoan Servicing, we will contact your current servicer(s) to request a transfer of your loans to us. This transfer will allow you to manage all of your loans in one location and closely track your progression to eligibility for forgiveness. Please allow up to a few weeks for the entire transfer process to be completed.

**ELIGIBILITY TRACKING FOR PUBLIC SERVICE LOAN FORGIVENESS**
In the next few weeks, we will calculate and provide you with notification of the number of qualifying payments you have made during the qualifying employment period listed above, the total number of qualifying payments you have made during all periods of qualifying employment approved to date, the estimated number of payments that are still required, and the date you are expected to be eligible to apply for forgiveness.

**WHEN CAN YOU APPLY FOR FORGIVENESS?**
You may apply for loan forgiveness after you have made 120 on-time qualifying payments. You must be working for a qualifying public service organization at the time you submit the application for forgiveness and at the time the remaining balance on your loan is forgiven. A final determination of your eligibility for forgiveness will occur upon receipt of your application.

While applying for and receiving forgiveness, you must continue full-time employment with a qualifying public service organization while making on-time qualifying payments under one of the approved repayment plans until you have received notice that you may cease making payments on your Direct Loan(s).



TLXH7:FS06BECFAP               MR               2717014302000665



# Veterans Organizations

**To be exempt under Internal Revenue Code section 501(c)(19), an organization must be either:**

- a post or organization of past or present members of the United States Armed Forces (USAF)
- an auxiliary unit or society of such post or organization
- or a trust or foundation for such post or organization

**A veterans' post or organization must meet the following requirements to be exempt under section 501(c)(19):**

1. It must be organized in the United States or any of its possessions
2. At least 75 percent of its members must be past or present members of the USAF
3. At least 97.5 percent of its members must be:

   - present or former members of the USAF,
   - cadets (including only students in college or university ROTC programs or at Armed Services academies) or
   - spouses, widows, widowers, ancestors, or lineal descendants of individuals referred to in the first or second bullet
4. It must be operated exclusively for one or more of the following purposes:

   - to promote the social welfare of the community (e.g., to promote the common good and general welfare of the people of the community
   - to assist disabled and needy war veterans and members of the USAF and their dependents - and the widows and orphans of deceased veterans
   - to provide entertainment, care, and assistance to hospitalized veterans or members of the USAF
   - to carry on programs to perpetuate the memory of deceased veterans and members of the USAF and comfort their survivors
   - to conduct programs for religious, charitable, scientific, literary or educational purposes
   - to sponsor or participate in activities of a patriotic nature
   - to provide insurance benefits for members or their dependents or
   - to provide social and recreational activities for members
5. No part of its net earnings may inure to the benefit of any private shareholder or individual.

**An organization may be exempt under section 501(c)(19) as an auxiliary unit or society of a veterans' post or organization if it meets the following requirements:**

1. It is affiliated with, and organized in accordance with the bylaws and regulations of, a veterans' post or organization described above.
2. At least 75 percent of its members are veterans, spouses of veterans, or related to a veteran within two degrees of consanguinity (i.e., grandparent, brother, sister, grandchild represent the most distant allowable relationships.
3. All members are either members of a veterans' post or organizations described above, or spouses of a member of such post or organization, or are related to a member of such post or organization within two degrees of consanguinity.
4. No part of its net earning inures to the benefit of any private shareholder or individual.

An organization may be exempt under section 501(c)(19) as a trust or foundation for a veterans' post or organization if it meets the following requirements:

1. It is valid under local law and, if organized for charitable purposes, has a dissolution provision described in section 1.501(c)(3)-1(b)(4) of the Income Tax Regulations.
2. The corpus or income cannot be diverted or used other than to fund a veterans' post or organization for charitable purposes or as an insurance set-aside.
3. The trust income is not unreasonably accumulated, and a substantial portion of the income is distributed to such veteran post or organization, or for exclusively religious, charitable, scientific, literary, educational or prevention of cruelty to children or animal purposes.
4. It is organized exclusively for one or more of those purposes enumerated above for which a veterans' post or organization itself may be organized.

**Note:** For taxable years beginning on or before November 11, 2003, slightly different membership requirements apply under section 501(c)(19).

**To be exempt under Code section 501(c)(23), an organization must meet the following requirements:**

1. It is an association organized before 1880
2. More than 75 percent of its members are past or present members of the USAF and
3. It has a principal purpose of providing insurance and other benefits to veterans or their dependents

**Depending on their organization and purposes, <u>veterans' organizations</u> may be recognized as tax-exempt under the following sections of the Internal Revenue Code:**

- 501(c)(4) - social welfare organizations
- 501(c)(7) - social clubs
- 501(c)(8) - fraternal beneficiary societies
- 501(c)(10) - domestic fraternal societies
- 501(c)(2) - title holding corporations

For more information on the requirements for exemption under the code sections listed above, click on the appropriate **Contents** link (left column, this page) or see <u>Publication 3386</u>, *Tax Guide for Veterans' Organizations*. For more information about how to apply for recognition of exemption, see <u>Application for Recognition of Exemption</u>.

Also review recorded presentation: <u>Veterans Organizations - Help from the IRS on Key Rules</u>

*Page Last Reviewed or Updated: 23-Mar-2016*