# EXHIBIT D





April 19, 2016

#BWBBCFT
#B822 3017 7904 19L2#
JAMIE B RUDERT
16 17TH ST NE
UNIT 113
WASHINGTON DC 20002-6612

**WE COULD NOT ACCEPT YOUR PUBLIC SERVICE EMPLOYMENT CERTIFICATION.**

**Account Number:**

We reviewed the Public Service Loan Forgiveness (PSLF) Employment Certification Forms you submitted and determined that you may not participate in employment and payment tracking for PSLF or that we need additional information to complete our review.

**NOT ELIGIBLE:** Organization Does Not Qualify

**What Actions You Need to Take**
Depending on your eligibility status (listed above), you may still be able to participate in PSLF tracking with us. Identify your situation below to determine what actions you can take.

**If your eligibility status is MISSING INFORMATION...**Submit or re-submit an Employment Certification Form with all required fields completed.

We use this status if a field was left blank, the information was illegible, or was not exactly what was requested. You also may see this status if you or your employer made any changes to an existing application, wrote-in information on the margins, or crossed out information and did not initial each change.

We attached a new form for you to complete and return. Please make sure your new Employment Certification Form is complete, clear, and initialed where necessary. Your loans will remain with your current servicer until you submit a valid Employment Certification Form.

**If your eligibility status is ORGANIZATION DOES NOT QUALIFY...**Based on what you submitted, your employer does not appear to qualify for PSLF. We included a list of eligibility requirements for PSLF employment below, in the section titled **EMPLOYMENT ELIGIBILITY.**

Please review the employment requirements and reapply if you can provide additional information to show that your employment qualifies.

**If your eligibility status is NO ELIGIBLE LOAN TYPES...**PSLF is only available for loans made under the William D. Ford Federal Direct Loan Program (Direct Loans). However, loans made under other federal programs may qualify for PSLF if you consolidate them into a Direct Consolidation Loan and **repay them on an eligible repayment plan.**

TLXH7    FS06BECFDN          ENOTIFY    27170161090002098

For more information about Direct Loan Consolidation, including eligibility requirements, visit StudentLoans.gov. If you choose to consolidate, you will need to complete a new Employment Certification Form that includes a period of qualifying employment after the Direct Consolidation Loan is disbursed. Only payments made during periods of qualifying employment on the Direct Consolidation Loan will count toward the required 120 monthly payments as your existing loans are not eligible for PSLF.

Also keep in mind that we did not evaluate your employment because your loans are not eligible for PSLF. It is possible that, in addition to your loan ineligibility, your employment may not qualify for PSLF.

Before you consolidate, please review the **EMPLOYMENT ELIGIBILITY** below to see what types of employers qualify. Generally, employment will not qualify if you work for a publicly-traded company, a for-profit company, or a company that does not perform any qualifying public service.

**If your eligibility status is UNDER REVIEW...**Based on the information provided, we couldn't determine if your employment qualifies for PSLF or if you meet all requirements for PSLF. We are reviewing your account and will contact you when we determine your eligibility to participate in PSLF tracking.

**When can you apply for forgiveness?**  You may apply for loan forgiveness after you make 120 on-time, qualifying payments (at least 10 years). While applying for and receiving forgiveness, you must continue full-time employment with a qualifying public service organization while making on-time qualifying payments under one of the approved repayment plans until you have received notice that you may cease making payments on your Direct Loans. A final determination of your eligibility for forgiveness will occur when we receive your application.

**Good to Know**
- Although we maintain copies of any documents we receive, we recommend that you keep copies of all forms that you submit and any supporting documentation regarding your employment and PSLF.
- We recommend that you submit employment certification annually so that we can update you on your progress toward forgiveness, including the date we expect you to be eligible to apply for PSLF
- In order to have any remaining loan balance to forgive through PSLF, most of your payments must be made under an Income-Driven Repayment plan. However, you will pay more interest over time under these repayment plans if you are not ultimately eligible for loan forgiveness under PSLF.
- Prepayments generally will not count toward more than one qualifying payment and no partial forgiveness is available for making less than 120 payments.

Visit **MyFedLoan.org/PSLF** for the Employment Certification Form and more information on the program, or contact our PSLF specialists at the number provided.

**Eligibility Criteria for Participation in the Public Service Loan Forgiveness Program**

**Participant Eligibility**
You must have made 120 on-time, separate, monthly payments after October 1, 2007, on the Direct Loan Program loans for which forgiveness is requested. Payments made prior to October 2, 2007 do not count toward meeting this requirement. Each of the 120 monthly payments must be made for the full, scheduled installment amount within 15 days of the due date.

The 120 required payments must be made under one or more of the following Direct Loan Program repayment plans:
- Pay As You Earn (PAYE) Repayment plan (not available for parent Direct PLUS Loans or Direct Consolidation Loans that repaid a parent PLUS Loan)
- Revised Pay As You Earn (REPAYE) plan (not available for parent Direct PLUS Loans or Direct Consolidation Loans that repaid a parent PLUS Loan) NOTE: If you do not recertify on time annually you will be placed on an alternative repayment plan. The payments made while on the alternative repayment plan are not PSLF eligible.
- Income-Based Repayment (IBR) plan (not available for parent Direct PLUS Loans or Direct Consolidation Loans that repaid a parent PLUS Loan)
- Income-Contingent Repayment (ICR) plan (not available for parent Direct PLUS Loans or Direct PLUS Consolidation Loans)
- Standard Repayment plan with a 10-year repayment period
- Any other Direct Loan Program repayment plan; but only payments that are at least equal to the monthly payment amount that would have been required under the Standard Repayment Plan with a 10-year repayment period may be counted toward the required 120 payments.

**Employment Eligibility**
You must be employed full-time (in any position) by a public service organization, or must be serving in a full-time AmeriCorps or Peace Corps position at the time you make each qualifying payment. Organizations that meet the definition of "public service organization" for purposes of the PSLF Program are listed below.

- A government organization (including a federal, state, local or tribal organization, agency, or entity; a public child or family service agency; or a Tribal college or university);
- A non-profit, tax-exempt organization* under Section 501(c)(3) of the Internal Revenue Code (includes most not-for-profit private schools, colleges, and universities);
- A private, non-profit organization* (that is not a labor union or a partisan political organization) that provides one or more of the following public services:
    - Emergency management
    - Military service
    - Public safety
    - Law enforcement
    - Public interest law services
    - Early childhood education (including licensed or regulated child care, Head Start, and State-funded pre-kindergarten)
    - Public service for individuals with disabilities
    - Public service for the elderly
    - Public health (including nurses, nurse practitioners, nurses in a clinical setting, and full-time professionals engaged in health care practitioner occupations and health support occupations)
    - Public education
    - Public library services
    - School library services, or other school-based services

*****Note:** For purposes of the full-time requirement (Section 3, Item 7 of the ECF), your qualifying employment does not include time spent on job duties that are related to religious instruction, worship services, or any form of proselytizing.