UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION, et. al. | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF EDUCATION, | ) Civil Action No. 16-cv-02476-RDM |
| | ) |
| | ) |
| and | ) |
| | ) |
| BETSY DEVOS, in her capacity as | ) |
| Secretary of Education, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT UNITED STATES DEPARTMENT OF EDUCATION
CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Jay Urwitz, pursuant to the provisions of 20 U.S.C. § 3472 and the authority delegated

to me from the Secretary and the General Counsel of the U.S. Department of Education, hereby

certify that the materials described in the accompanying list and attached as pages 000001

through 000344 constitute true copies of the U.S. Department of Education's administrative

record relating to the Department's implementation of the Public Service Loan Forgiveness

Program and its application to the plaintiffs in this case.

Made on this $24$ day of April, 2017.

Jay Urwitz
Deputy General Counsel
Office of the General Counsel
U.S. Department of Education

## Certified List of the Contents of the Administrative Record

### Part 1

**Documents Relating to Public Service Loan Forgiveness**

Department of Education, Notice of Proposed
Rulemaking; Federal Perkins Loan Program, Federal Family
Education Loan Program and William D. Ford Federal Direct Loan
Program, 73 Fed. Reg. 37694 (July 1, 2008).                     000002-000034

Department of Education, Final Regulations, Federal Perkins
Loan Program, Federal Family Education Loan Program and
William D. Ford Federal Direct Loan Program, 73 Fed. Reg. 63232
(Oct. 23, 2008).                                                000035 - 000063

Department of Education, Final Regulations, Federal
Perkins Loan Program, Federal Family Education
Loan Program and William D. Ford Federal Direct Loan
Program,74 Fed. Reg. 55972 (Oct. 29, 2009)                      000064 - 000099

Department of Education, Final Regulations,
Correction; William D. Ford Federal Direct Loan
Program,77 Fed. Reg. 76414 (Dec. 28, 2012)                      000100-000101

Department of Education, Final Regulations, Student
Assistance General Provisions, Federal Family Education
Loan Program and William D. Ford Federal Direct Loan
Program, 80 Fed. Reg. 67204 (Oct. 30, 2015)                     000102 – 000141

Department of Education, Business Operations Change

Request Form, date submitted September 30, 2011.                    000142 - 000167


Public Service Loan Forgiveness:  Questions and Answers

for Federal Student Loan Borrowers, dated December 2015.           000168 - 000180

## Part 2

**Documents Relating to the Department of
Education's Determination that the American Bar
Association is not a Qualifying Organization for Public
Service Loan Forgiveness Purposes**

Documentation submitted by Jonathan Lewis (undated)                 000182 – 000184

Letter from FedLoan Servicing to borrower (name redacted)
RE:  Public Service Loan Forgiveness, dated March 8, 2016.         000185 - 000186

Letter from Jack L. Rives, Executive Director and Chief
Operating Officer, American Bar Association, to the Honorable
Lynn Mahaffie, Acting Assistant Secretary of Education,
dated April 7, 2016.                                                000187

Letter from Jack L. Rives, Executive Director and Chief
Operating Officer, American Bar Association, to the Honorable
Lynn Mahaffie, Acting Assistant Secretary of Education, dated
May 20, 2016.                                                       000188 - 000189

Letter from Lynn Mahaffie, Deputy Assistant Secretary for Policy,

Planning and Innovation, Delegated the duties of Assistant Secretary

Of Education, to Mr. Jack Rives, Executive Director and COO,

American Bar Association, dated June 21, 2016.               000190 - 000191


Letter from Ted Mitchell, the Under Secretary, US Department of Education

To Mr. Jack Rives, Executive Director and COO, American

Bar Association, dated December 1, 2016.               000192 - 000193

**Documents Concerning Geoffrey T. Burkhart**

Employment Certification for Public Service Loan Forgiveness
(PSLF) submitted by Geoffrey T. Burkhart, signed March 21, 2013.       000195 – 000196

Letter from FedLoan Servicing to Geoffrey T.
Burkhart, titled "Response to the Employment Certification
Form You Submitted For the Public Service Loan
Forgiveness Program," dated April 23, 2013.                            000197 – 000198

Employment Certification for Public Service Loan Forgiveness
(PSLF) submitted by Geoffrey T. Burkhart, signed September
16, 2013.                                                             000199 – 000203

Letter from FedLoan Servicing to Geoffrey T. Burkhart,
titled "Response to the Employment Certification Form
You Submitted For the Public Service Loan
Forgiveness Program," dated November 2, 2013.                          000204 – 000205

Letter from FedLoan Servicing to Geoffrey T. Burkhart
titled "Information Regarding Your Eligibility for
Public Service Loan Forgiveness," dated February 27, 2014             000206 – 000207

Employment Certification for Public Service Loan Forgiveness
(PSLF) submitted by Geoffrey T. Burkhart, signed July 2, 2014.        000208 – 000209

Letter from FedLoan Servicing to Geoffrey T. Burkhart
titled "Response to the Employment Certification Form
You Submitted for the Public Service Loan
Forgiveness Program," dated July 14, 2014,                          000210 – 000211

Letter from FedLoan Servicing to Geoffrey T. Burkhart
titled "Information Regarding Your Eligibility for
Public Service Loan Forgiveness," dated July 14, 2014.              000212 – 000213

Letter from FedLoan Servicing to Geoffrey T. Burkhart,
RE: Public Service Loan Forgivenss, dated October 12, 2016.        000214 – 000215

**Documents Concerning Michelle Doherty Quintero-Millan**

Public Service Loan Forgiveness (PSLF):  Employment
Certification Form submitted by Michelle
Doherty Quintero-Millan, signed December 9, 2015.                    000217 – 000218

Public Service Loan Forgiveness:  Employment
Certification Form submitted by Michelle
Doherty Quintero-Millan, signed December 6, 2015.                    000219 – 000221

Letter from FedLoan Servicing to Michelle D.
Quintero-Millan, titled "Response to the Employment
Certification Form You Submitted For the Public Service
Loan Forgiveness Program," dated December 29, 2015.              000222 – 000223

Letter from FedLoan Servicing to Michelle D.
Quintero-Millan, titled "We Could Not Accept Your
Public Service Employment Certification,"
dated December 29, 2015.                                             000224 – 000226

Public Service Loan Forgiveness (PSLF):  Employment
Certification Form submitted by Michelle
Doherty Quintero-Millan, signed January 8, 2016.                     000227 – 000229

Letter from FedLoan Servicing to Michelle D.
Quintero-Millan, Re: Public Service Loan Forgiveness
dated January 28, 2016.                                              000230 – 000231

Letter from FedLoan Servicing to Michelle D.
Quintero-Millan, titled "Response to the Employment
Certification Form You Submitted For the Public Service
Loan Forgiveness Program," dated February 2, 2016.                 000232 – 000233


W-2 for Michelle Quintero-Millan for 2013                          000234


Letter from FedLoan Servicing to Michelle D.
Quintero-Millan titled "Information Regarding Your Eligibility for
Public Service Loan Forgiveness." Dated May 3, 2016.               000235 – 000236


Letter from FedLoan Servicing to Michelle D.
Quintero-Millan, titled "We Could Not Accept Your
Public Service Employment Certification,"
dated November 19, 2016.                                           000237 – 000239

**Documents Concerning Jamie B. Rudert**

Employment Certification for Public Service Loan Forgiveness
(PSLF) submitted by Jamie B. Rudert, signed June 27, 2012.          000241 – 000244

Letter from FedLoan Servicing to Jamie B. Rudert,
titled "Response to the Employment
Certification Form You Submitted For the Public Service
Loan Forgiveness Program," dated July 7, 2012.          000245 – 000246

Letter from FedLoan Servicing to Jamie B. Rudert
Titled "Information Regarding Your Eligibility for
Public Service Loan Forgiveness," dated January 31, 2013.          000247 - 000248

Employment Certification for Public Service Loan Forgiveness
(PSLF) submitted by Jamie B. Rudert, signed November 1, 2013.          000249 – 000250

Letter from FedLoan Servicing to Jamie B. Rudert,
titled "Response to the Employment
Certification Form You Submitted For the Public Service
Loan Forgiveness Program," dated December 2, 2013.          000251 – 000258

IRS Form 990, Return of Organization Exempt from Income
Tax, 2013 for Vietnam Veterans of America, Inc.          000259

Employment Certification for Public Service Loan Forgiveness
(PSLF) submitted by Jamie B. Rudert, signed October 21, 2014.          000260 – 000261

Letter from FedLoan Servicing to Jamie B. Rudert,
titled "Response to the Employment
Certification Form You Submitted For the Public Service
Loan Forgiveness Program," dated October 30, 2014.                     000262 – 000263

Letter from FedLoan Servicing to Jamie B. Rudert,
titled "Information Regarding Your Eligibility for
Public Service Loan Forgiveness," dated October 30, 2014.              000264 – 000265

Letter from FedLoan Servicing to Jamie B. Rudert,
titled "Updated Information Regarding Your Eligibility for
Public Service Loan Forgiveness," dated January 24, 2015.              000266 – 000267

Employment Information and Employer Certification page
Of Employment Certification for Public Service Loan
Forgiveness submitted by Jamie B. Rudert relating to Vietnam
Veterans of America, certification signed April 1, 2016.              000268

Employment Certification for Public Service Loan Forgiveness
(PSLF) submitted by Jamie B. Rudert, signed April 1, 2016.            000269 – 000270.

Letter from FedLoan Servicing to Jamie B. Rudert,
titled "Response to the Employment
Certification Form You Submitted For the Public Service
Loan Forgiveness Program," dated April 16, 2016.                      000271 – 000272

Letter from FedLoan Servicing to Jamie B. Rudert,
titled "We Could Not Accept Your
Public Service Employment Certification,"
dated April 16, 2016.                                                  000273 – 000276

Letter from FedLoan Servicing to Jamie B. Rudert,
titled "We Could Not Accept Your
Public Service Employment Certification,"
dated April 19, 2016.                                                  000277 – 000279

Letter from FedLoan Servicing to Jamie B. Rudert,
titled "Information Regarding Your Eligibility for
Public Service Loan Forgiveness," dated April 19, 2016                  000280 – 000281

Letter from FedLoan Servicing to Jamie B. Rudert,
Re: Public Service Loan Forgiveness
dated April 21, 2016.                                                  000282 – 000283

Letter from Jamie B. Rudert to PSLF Office,
FedLoan Servicing, Re:  Denial of PSLF Employment
Certification, dated April 28, 2016.                                   000284 – 000311

"A Short History of the VVA," from the website of the
Vietnam Veterans of America, accessed April 2, 2015.                   000312 – 000313

"Vietnam Veterans of America," entry from Wikipedia,
accessed April 2, 2015.                                                000314 – 000316

Vietnam Veterans of America, Notes to Financial
Statements, as of February 28, 2010.                        000317

Vietnam Veterans of America, National Board of Directors
Meeting, October 11, 2013, stamped Draft.                   000318 – 000319

Letter from the Honorable Rep. Eleanor Holmes Norton
to the US Department of Education, Office of Legislation
and Congressional Affairs, regarding Jamie B. Rudert,
dated June 20, 2016.                                        000320 – 000329

Letter from Junita Ford, Supervisory Management &
Program Analyst, Federal Student Aid, US Department
of Education to the Honorable Eleanor Holmes Norton,
Re:  Student Loan Account of Jamie Rudert,
dated August 8, 2016.                                       000330 – 000331

**Documents Concerning Kate Voigt**

E-mail from Ian Foss, Policy Liaison & Implementation,

Federal Student Aid, US Department of Education

 to Kate Voigt, dated December 10, 2014.                               000333

Letter from Jeff Baker, Director of

Liaison and Implementation, Federal Student Aid, US

Department of Education to Kate

Voigt, dated December 10, 2014.                               000334 – 000335

Email chain between Maureen Dowling, Director, Office

of Non-Public Education, Office of Innovation and

Improvement, US Department of Education with Gail McLarnon,

Office of Postsecondary Education, US Department of Education

Re:  Kate Voigt.                               000336 – 000338

IRS Form 990, Return of Organization Exempt from Income

Tax, 2012 for American Immigration Lawyers Association.                               000339

Employment Information and Employer Certification page

of Employment Certification for Public Service Loan

Forgiveness submitted by Laura Lynch relating to American

Immigration Lawyers Association, certification

signed March 19, 2014.                               000340

Employment Information and Employer Certification page

of Employment Certification for Public Service Loan

Forgiveness submitted by Micah Lemons

certification signed September 29, 2014.                          000341


Letter from the American Immigration Lawyers Association

to the US Department of Education FedLoan Servicing, Re:

Public Service Loan Forgiveness Program,

Dated March 19, 2014.                                           000342 - 000344