UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION, et. al. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF EDUCATION, )<br>)<br>)<br>and )<br>)<br>BETSY DEVOS, in her capacity as )<br>  Secretary of Education,[1] )<br>)<br>Defendants. )<br>) | Civil Action No. 16-cv-02476-RDM |

**DEFENDANTS' NOTICE OF FILING OF CERTIFICATION OF CORRECTED ADMINISTRATIVE RECORD**

Defendants hereby respectfully submit the attached Certification of Corrected Administrative Record and accompanying Certified List of the Contents of the Administrative Record that reflect a correction of the ordering of the documents that comprise the administrative record. No change has been made to the contents of the administrative record as certified on April 24, 2017.

Respectfully submitted this 4th day of May, 2017.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary DeVos is substituted in her official capacity as a defendant in this action.

|  |  |
|---|---|
|  | CHAD A. READLER |
|  | Acting Assistant Attorney General |
|  | CHANNING D. PHILLIPS |
|  | United States Attorney |
|  |  |
|  | SHEILA LIEBER |
|  | Deputy Director, Federal Programs Branch |
|  |  |
|  | /s/ *Caroline Lewis Wolverton* |
|  | CAROLINE LEWIS WOLVERTON |
| Of Counsel: | Senior Trial Counsel |
|  | D.C. Bar No. 496433 |
| Brian Siegel, Attorney | U.S. Department of Justice |
| Office of the General Counsel | Civil Division, Federal Programs Branch |
| U.S. Department of Education | 20 Massachusetts Ave., NW, Room 7150 |
|  | Washington, DC  20001 |
|  | 202.514.0265 (tel) |
|  | 202.616.8470 (fax) |
|  | Caroline.Lewis-Wolverton@usdoj.gov |
|  |  |
|  | Attorneys for Defendants |