UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION, et. al. | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| UNITED STATES DEPARTMENT<br>OF EDUCATION, | )<br>)<br>) Civil Action No. 16-cv-02476-RDM |
| | )<br>) |
| and | ) |
| | )<br>) |
| BETSY DEVOS, in her capacity as<br>  Secretary of Education, | )<br>)<br>) |
| | ) |
| Defendants. | )<br>) |

**DEFENDANT UNITED STATES DEPARTMENT OF EDUCATION
CERTIFICATION OF CORRECTED ADMINISTRATIVE RECORD**

I, Jay Urwitz, pursuant to the provisions of 20 U.S.C. § 3472 and the authority delegated to me from the Secretary and the General Counsel of the U.S. Department of Education, hereby certify that the materials described in the accompanying list and attached as pages 000001 through 000344 constitute true copies of the U.S. Department of Education's administrative record relating to the Department's implementation of the Public Service Loan Forgiveness Program and its application to the plaintiffs in this case.

Made on this  2  day of May, 2017.

_____
Jay Urwitz
Deputy General Counsel
Office of the General Counsel
U.S. Department of Education

# Certified List of the Contents of the Administrative Record

## Part 1

**Documents Relating to Public Service Loan Forgiveness**

| | |
|---|---|
| Department of Education, Notice of Proposed Rulemaking; Federal Perkins Loan Program, Federal Family Education Loan Program and William D. Ford Federal Direct Loan Program, 73 Fed. Reg. 37694 (July 1, 2008). | 000002-000034 |
| Department of Education, Final Regulations, Federal Perkins Loan Program, Federal Family Education Loan Program and William D. Ford Federal Direct Loan Program, 73 Fed. Reg. 63232 (Oct. 23, 2008). | 000035 - 000063 |
| Department of Education, Final Regulations, Federal Perkins Loan Program, Federal Family Education Loan Program and William D. Ford Federal Direct Loan Program, 74 Fed. Reg. 55972 (Oct. 29, 2009) | 000064 - 000099 |
| Department of Education, Final Regulations, Correction; William D. Ford Federal Direct Loan Program, 77 Fed. Reg. 76414 (Dec. 28, 2012) | 000100-000101 |
| Department of Education, Final Regulations, Student Assistance General Provisions, Federal Family Education Loan Program and William D. Ford Federal Direct Loan Program, 80 Fed. Reg. 67204 (Oct. 30, 2015) | 000102 – 000141 |

Department of Education, Business Operations Change

Request Form, date submitted September 30, 2011.　　　　　　　000142 - 000167


Public Service Loan Forgiveness:  Questions and Answers

for Federal Student Loan Borrowers, dated December 2015.　　　000168 - 000180

## **Part 2**

**Documents Relating to the Department of Education's Determination that the American Bar Association is not a Qualifying Organization for Public Service Loan Forgiveness Purposes**

Documentation submitted by Jonathan Lewis (undated)                     000182 – 000184

Letter from FedLoan Servicing to borrower (name redacted) RE:  Public Service Loan Forgiveness, dated March 8, 2016.                     000185 - 000186

Letter from Jack L. Rives, Executive Director and Chief Operating Officer, American Bar Association, to the Honorable Lynn Mahaffie, Acting Assistant Secretary of Education, dated April 7, 2016.                     000187

Letter from Jack L. Rives, Executive Director and Chief Operating Officer, American Bar Association, to the Honorable Lynn Mahaffie, Acting Assistant Secretary of Education, dated May 20, 2016.                     000188 - 000189

Letter from Lynn Mahaffie, Deputy Assistant Secretary for Policy,

Planning and Innovation, Delegated the duties of Assistant Secretary

Of Education, to Mr. Jack Rives, Executive Director and COO,

American Bar Association, dated June 21, 2016.                    000190 - 000191


Letter from Ted Mitchell, the Under Secretary, US Department of Education

To Mr. Jack Rives, Executive Director and COO, American

Bar Association, dated December 1, 2016.                    000192 - 000193

**Documents Concerning Geoffrey T. Burkhart**

| | |
|---|---|
| Employment Certification for Public Service Loan Forgiveness (PSLF) submitted by Geoffrey T. Burkhart, signed March 21, 2013. | 000195 – 000196 |
| Letter from FedLoan Servicing to Geoffrey T. Burkhart, titled "Response to the Employment Certification Form You Submitted For the Public Service Loan Forgiveness Program," dated April 23, 2013. | 000197 – 000198 |
| Employment Certification for Public Service Loan Forgiveness (PSLF) submitted by Geoffrey T. Burkhart, signed September 16, 2013. | 000199 – 000203 |
| Letter from FedLoan Servicing to Geoffrey T. Burkhart, titled "Response to the Employment Certification Form You Submitted For the Public Service Loan Forgiveness Program," dated November 2, 2013. | 000204 – 000205 |
| Letter from FedLoan Servicing to Geoffrey T. Burkhart titled "Information Regarding Your Eligibility for Public Service Loan Forgiveness," dated February 27, 2014 | 000206 – 000207 |
| Employment Certification for Public Service Loan Forgiveness (PSLF) submitted by Geoffrey T. Burkhart, signed July 2, 2014. | 000208 – 000209 |

Letter from FedLoan Servicing to Geoffrey T. Burkhart
titled "Response to the Employment Certification Form
You Submitted for the Public Service Loan
Forgiveness Program," dated July 14, 2014,                              000210 – 000211


Letter from FedLoan Servicing to Geoffrey T. Burkhart
titled "Information Regarding Your Eligibility for
Public Service Loan Forgiveness," dated July 14, 2014.                  000212 – 000213


Letter from FedLoan Servicing to Geoffrey T. Burkhart,
RE: Public Service Loan Forgivenss, dated October 12, 2016.             000214 – 000215

**Documents Concerning Michelle Doherty Quintero-Millan**

| | |
|---|---|
| Public Service Loan Forgiveness (PSLF): Employment Certification Form submitted by Michelle Doherty Quintero-Millan, signed December 9, 2015. | 000217 – 000218 |
| Public Service Loan Forgiveness: Employment Certification Form submitted by Michelle Doherty Quintero-Millan, signed December 6, 2015. | 000219 – 000221 |
| Letter from FedLoan Servicing to Michelle D. Quintero-Millan, titled "Response to the Employment Certification Form You Submitted For the Public Service Loan Forgiveness Program," dated December 29, 2015. | 000222 – 000223 |
| Letter from FedLoan Servicing to Michelle D. Quintero-Millan, titled "We Could Not Accept Your Public Service Employment Certification," dated December 29, 2015. | 000224 – 000226 |
| Public Service Loan Forgiveness (PSLF): Employment Certification Form submitted by Michelle Doherty Quintero-Millan, signed January 8, 2016. | 000227 – 000229 |
| Letter from FedLoan Servicing to Michelle D. Quintero-Millan, Re: Public Service Loan Forgiveness dated January 28, 2016. | 000230 – 000231 |

| | |
|---|---|
| Letter from FedLoan Servicing to Michelle D. Quintero-Millan, titled "Response to the Employment Certification Form You Submitted For the Public Service Loan Forgiveness Program," dated February 2, 2016. | 000232 – 000233 |
| W-2 for Michelle Quintero-Millan for 2013 | 000234 |
| Letter from FedLoan Servicing to Michelle D. Quintero-Millan titled "Information Regarding Your Eligibility for Public Service Loan Forgiveness." Dated May 3, 2016. | 000235 – 000236 |
| Letter from FedLoan Servicing to Michelle D. Quintero-Millan, titled "We Could Not Accept Your Public Service Employment Certification," dated November 19, 2016. | 000237 – 000239 |

**Documents Concerning Jamie B. Rudert**

| | |
|---|---|
| Employment Certification for Public Service Loan Forgiveness (PSLF) submitted by Jamie B. Rudert, signed June 27, 2012. | 000241 – 000244 |
| Letter from FedLoan Servicing to Jamie B. Rudert, titled "Response to the Employment Certification Form You Submitted For the Public Service Loan Forgiveness Program," dated July 7, 2012. | 000245 – 000246 |
| Letter from FedLoan Servicing to Jamie B. Rudert Titled "Information Regarding Your Eligibility for Public Service Loan Forgiveness," dated January 31, 2013. | 000247 - 000248 |
| Employment Certification for Public Service Loan Forgiveness (PSLF) submitted by Jamie B. Rudert, signed November 1, 2013. | 000249 – 000250 |
| Letter from FedLoan Servicing to Jamie B. Rudert, titled "Response to the Employment Certification Form You Submitted For the Public Service Loan Forgiveness Program," dated December 2, 2013. | 000251 – 000258 |
| IRS Form 990, Return of Organization Exempt from Income Tax, 2013 for Vietnam Veterans of America, Inc. | 000259 |
| Employment Certification for Public Service Loan Forgiveness (PSLF) submitted by Jamie B. Rudert, signed October 21, 2014. | 000260 – 000261 |

Case 1:16-cv-02476-RDM   Document 16-1   Filed 05/04/17   Page 11 of 15

10

| | |
|---|---|
| Letter from FedLoan Servicing to Jamie B. Rudert, titled "Response to the Employment Certification Form You Submitted For the Public Service Loan Forgiveness Program," dated October 30, 2014. | 000262 – 000263 |
| Letter from FedLoan Servicing to Jamie B. Rudert, titled "Information Regarding Your Eligibility for Public Service Loan Forgiveness," dated October 30, 2014. | 000264 – 000265 |
| Letter from FedLoan Servicing to Jamie B. Rudert, titled "Updated Information Regarding Your Eligibility for Public Service Loan Forgiveness," dated January 24, 2015. | 000266 – 000267 |
| Employment Information and Employer Certification page Of Employment Certification for Public Service Loan Forgiveness submitted by Jamie B. Rudert relating to Vietnam Veterans of America, certification signed April 1, 2016. | 000268 |
| Employment Certification for Public Service Loan Forgiveness (PSLF) submitted by Jamie B. Rudert, signed April 1, 2016. | 000269 – 000270. |
| Letter from FedLoan Servicing to Jamie B. Rudert, titled "Response to the Employment Certification Form You Submitted For the Public Service Loan Forgiveness Program," dated April 16, 2016. | 000271 – 000272 |

| | |
|---|---|
| Letter from FedLoan Servicing to Jamie B. Rudert, titled "We Could Not Accept Your Public Service Employment Certification," dated April 16, 2016. | 000273 – 000276 |
| Letter from FedLoan Servicing to Jamie B. Rudert, titled "We Could Not Accept Your Public Service Employment Certification," dated April 19, 2016. | 000277 – 000279 |
| Letter from FedLoan Servicing to Jamie B. Rudert, titled "Information Regarding Your Eligibility for Public Service Loan Forgiveness," dated April 19, 2016 | 000280 – 000281 |
| Letter from FedLoan Servicing to Jamie B. Rudert, Re: Public Service Loan Forgiveness dated April 21, 2016. | 000282 – 000283 |
| Letter from Jamie B. Rudert to PSLF Office, FedLoan Servicing, Re: Denial of PSLF Employment Certification, dated April 28, 2016. | 000284 – 000311 |
| "A Short History of the VVA," from the website of the Vietnam Veterans of America, accessed April 2, 2015. | 000312 – 000313 |
| "Vietnam Veterans of America," entry from Wikipedia, accessed April 2, 2015. | 000314 – 000316 |

| | |
|---|---|
| Vietnam Veterans of America, Notes to Financial Statements, as of February 28, 2010. | 000317 |
| Vietnam Veterans of America, National Board of Directors Meeting, October 11, 2013, stamped Draft. | 000318 – 000319 |
| Letter from the Honorable Rep. Eleanor Holmes Norton to the US Department of Education, Office of Legislation and Congressional Affairs, regarding Jamie B. Rudert, dated June 20, 2016. | 000320 – 000329 |
| Letter from Junita Ford, Supervisory Management & Program Analyst, Federal Student Aid, US Department of Education to the Honorable Eleanor Holmes Norton, Re:  Student Loan Account of Jamie Rudert, dated August 8, 2016. | 000330 – 000331 |
| Employment Information and Employer Certification page of Employment Certification for Public Service Loan Forgiveness submitted by Micah Lemons Certification relating to the Vietnam Veterans of America signed September 29, 2014. | 000332 |

**Documents Concerning Kate Voigt**

| | |
|---|---|
| E-mail from Ian Foss, Policy Liaison & Implementation, Federal Student Aid, US Department of Education to Kate Voigt, dated December 10, 2014. | 000334 |
| Letter from Jeff Baker, Director of Liaison and Implementation, Federal Student Aid, US Department of Education to Kate Voigt, dated December 10, 2014. | 000335 – 000336 |
| Email chain between Maureen Dowling, Director, Office of Non-Public Education, Office of Innovation and Improvement, US Department of Education with Gail McLarnon, Office of Postsecondary Education, US Department of Education Re: Kate Voigt. | 000337 – 000339 |
| IRS Form 990, Return of Organization Exempt from Income Tax, 2012 for American Immigration Lawyers Association. | 000340 |
| Employment Information and Employer Certification page of Employment Certification for Public Service Loan Forgiveness submitted by Laura Lynch relating to American Immigration Lawyers Association, certification signed March 19, 2014. | 000341 |

| | |
|---|---|
| Letter from the American Immigration Lawyers Association to the US Department of Education FedLoan Servicing, Re: Public Service Loan Forgiveness Program, Dated March 19, 2014. | 000342 - 000344 |