UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN BAR ASSOCIATION, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
EDUCATION, *et al.*,

Defendants.

Civil Action No. 16-2476-RDM

**JOINT MOTION FOR MODIFICATION OF BRIEFING SCHEDULE**

Plaintiffs American Bar Association, Geoffrey T. Burkhart, Michelle D. Quintero-Millan, Jamie B. Rudert, and Kate A. Voigt ("Plaintiffs") and defendants United States Department of Education and Betsy DeVos, in her official capacity as Secretary of Education ("Defendants") jointly move the Court to modify the summary judgment briefing schedule set by Minute Order on May 3, 2017, and to schedule oral argument after the close of briefing. In support of this motion, the parties state as follows:

1. Plaintiffs filed their complaint on December 20, 2016, and served the United States Attorney on the same day. Defendants answered the complaint on March 23, 2017. *See* ECF Nos. 1, 14.

2. After the Court held a status conference with counsel for both parties on May 3, 2017, the Court entered a Minute Order setting the following briefing schedule for summary judgment: Plaintiffs' Motion for Summary Judgment due by May 24, 2017; Defendants' Opposition and Cross-Motion for

    Summary Judgment due by June 23, 2017; Plaintiffs' Reply and Opposition due by July 24, 2017; and Defendants' Reply due by August 14, 2017.

3. Plaintiffs filed their Motion for Summary Judgment on May 24, 2017. *See* ECF No. 17.

4. Defendants' undersigned counsel recently joined the defense of the case to take over for Senior Trial Counsel Caroline Wolverton, who has recently left the Department of Justice.

5. Defendants require additional time to respond to Plaintiffs' summary judgment motion and file their opening brief to allow undersigned counsel to familiarize herself with the filings in this case, including the pleadings and Plaintiffs' 44-page brief and five exhibits filed in support of their summary judgment motion. In discussing this with Plaintiffs' counsel, the parties agreed that a modification of the existing briefing schedule was appropriate.

6. The parties jointly request that the Court modify the existing briefing schedule as follows: Defendants' Opposition and Cross-Motion for Summary Judgment will be due by July 24, 2017; Plaintiffs' Reply and Opposition will be due by August 14, 2017; and Defendants' Reply will be due by September 5, 2017.

7. Because Plaintiffs are concerned that the additional delay in briefing will exacerbate the adverse consequences they are suffering and prolong the resolution of the case, the parties also respectfully request that the Court set this case for argument on the summary judgment motions on October 5, 2017, or as soon thereafter as is practicable, at the convenience of the Court.

Accordingly, the parties respectfully request that the Court grant their motion, modify the summary judgment briefing schedule as described above, and schedule oral argument in this case.

Dated:  June 21, 2017

                                  Respectfully submitted,

                                    /s/ *Chong S. Park*

Chong S. Park (D.C. Bar No. 46050)
John T. Dey (D.C. Bar No. 1029475)
Edward F. Roche (D.C. Bar No. 1029012)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel: (202) 508-4631
Fax: (202) 383-8370
Email: chong.park@ropesgray.com

Attorneys for Plaintiffs

CHAD A. READLER
Acting Assistant Attorney General

SHEILA LIEBER
Deputy Director

*/s/ Julie S. Saltman*
JULIE S. SALTMAN (DC 4975015)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 532-4252
Fax: (202) 616-8470
Email: julie.saltman@usdoj.gov

Attorneys for Defendants