# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | Civil Action No. 16-2476-RDM |

## [PROPOSED] ORDER

Upon consideration of the parties' cross-motions for summary judgment, and upon further consideration of the responses thereto, it is this _____ day of _____, 2017, **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**, and that

**JUDGMENT** is entered in favor of Defendants on all claims.

Dated: _____          _____
                                  HONORABLE RANDOLPH D. MOSS
                                  UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN BAR ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | Civil Action No. 16-2476-RDM |

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTORITIES IN
SUPPORT OF THEIR COMBINED MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**