# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 16-2476-RDM |

**DECLARATION OF EDWARD F. ROCHE IN SUPPORT OF PLAINTIFFS' MOTION TO ALLOW FOR EXTRA-RECORD REVIEW OR, IN THE ALTERNATIVE, TO ALLOW FOR JUDICIAL NOTICE**

I, Edward F. Roche, hereby declare as follows:

1. I am an attorney licensed in Massachusetts and the District of Columbia. I am admitted to the Bar of this Court. I am an associate with the firm Ropes & Gray LLP.

2. Along with Chong S. Park and John T. Dey, I represent the Plaintiffs in the above-captioned case.

3. The Department of Education relies in part on the Pennsylvania Higher Education Assistance Agency ("PHEAA"), doing business as FedLoan Servicing, to administer the Public Service Loan Forgiveness ("PSLF") program.

4. As part of our investigation into the facts of this case, I requested specified public records from PHEAA regarding its activities related to the PSLF program. On May 30, 2017, I submitted a records request to PHEAA under Pennsylvania's Right-to-Know Law ("RTKL"), 65 P.S. § 67.101, *et seq.* PHEAA is considered a state agency for the purposes of the RTKL.

5. On July 10, 2017, I received some documents from PHEAA that were responsive to my request.

6. The documents produced on July 10 included the two documents submitted as exhibits to Plaintiffs' Motion for Extra-Record Review. *See* Feb. 23, 2017 Email between ED and FedLoan Servicing, Mot. for Extra-Record Review, Ex. B; 2014 Email between ED and FedLoan Servicing, Mot. for Extra-Record Review, Ex. C.

7. Because PHEAA did not provide all documents that are responsive to my request, I submitted an appeal to the Pennsylvania Office of Open Records in accordance with the RTKL's administrative appeal process.

8. After I submitted that appeal on July 17, 2017, PHEAA offered to re-review their documents and produce additional responsive materials, in exchange for my consent to extend PHEAA's time for responding to my appeal. I consented, and PHEAA provided some additional records on August 3, 2017.

9. Because I was not satisfied with PHEAA's response, my appeal is ongoing. PHEAA has until August 22, 2017, to respond. The Office of Open Records then has until September 21, 2017, to issue a final determination in the matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, and that this Declaration was executed on August 21, 2017.

                                                                                               */s/ Edward F. Roche*

                                                                                                    Edward F. Roche