# EXHIBIT B



**[external]RE: Primary Purpose**
Foss, Ian   to: FedLoan PSLF
Cc: publicservice, "Battle, Cynthia"

02/23/2017 03:11 PM

History    This message has been replied to and forwarded.

Hi Kim,

I'm sorry to say that I think you're right. I checked in with OGC about this case quickly before replying, and our program attorney agrees that a health insurance company is just never *likely* to qualify unless a *significant* part of what they do is employ individuals in the appropriate SOC Codes who provide actual heath care to people they insure. So, a very centrally managed health insurance company, who doesn't merely have a "network" of health care providers, but instead directly employs those health care providers, would qualify, but those who simply have a network are not likely to cut it.

So, I looked at Blue Cross Blue Shield of RI again and I think that we need to do a retraction in this case. I'm truly sorry about the mess up on my part here.

Can you all comb through those organizations that we've approved under "public health" and provide us a list, like you've done for public education and public interest legal services?

Ian

**From:** Kimberly A Myers [mailto:kmyers@pheaa.org] **On Behalf Of** FedLoan PSLF
**Sent:** Thursday, February 23, 2017 2:49 PM
**To:** Foss, Ian
**Cc:** publicservice; Battle, Cynthia
**Subject:** Primary Purpose

Hi Ian! After reading your most recent changes to the letter for ▓▓▓▓ (Vietnam Veterans of America), and in conjunction with your recent response to Delta Dental and ▓▓▓▓ from AARP, we had some additional concerns.

In response to all three organizations (Vietnam Veterans of America, Delta Dental, and AARP), you referenced that the organization's "primary purpose" has to be to provide one of the qualifying services. We are now concerned as to whether or not this guidance is directly conflicting with how we have been evaluating certain organizations.

As you might recall from several years ago, we had escalated and you had provided guidance on Blue Cross Blue Shield of RI. They are 501(c)(4), but in order to qualify would have to provide a qualifying public service. Even though they are a health insurance company, they employ individuals who meet the Rhode Island definition of what 'nursing' is. Due to this fact, together we determined that we could approve as not-for-profit that provides public health services. However, the organization's primary purpose is providing health insurance to its members.

There have been similar organizations that we had internally made a decision on based on the guidance you provided on Blue Cross Blue Shield of RI. We just want to ensure that we are still ok to approve organizations such as Blue Cross Blue Shield of RI on the basis that they employ an eligible position. As always, we appreciate your assistance!

Kimberly A Myers
Compliance Services
kmyers@pheaa.org
(717) 720-2630

This message contains privileged and confidential information intended for the above addressees only. If you receive this message in error please delete or destroy this message and/or attachments.

The sender of this message will fully cooperate in the civil and criminal prosecution of any individual engaging in the unauthorized use of this message.

Code:PHEAA