# EXHIBIT C



**RE: Society of Digital Agencies - escalated**
publicservice  to: FedLoan PSLF
Cc  publicservice, "Foss, Ian", "Battle, Cynthia", "Johnson, Debbe"

08/19/2014 03:30 PM

Hi Diane,

Sorry for the delay on this one. We wanted to run it by our attorney, but he was on leave for a while. We've settled, however, on a definition of public education! For PSLF, public education services are those that provide educational enrichment or support directly to students or their families in a school or a school-like setting. The Society of Digital Agencies is a 501(c)(6) organization whose mission is, according to their Form 990, is to provide infrastructure, processes, and products to enable collaboration between members around education, best practices, and advocacy. When you look at their website, they in no way appear to actually be an organization that is about "public education". Contrary to their "mission", they seem to be about marketing.

In short, we agree that this organization doesn't qualify.

Ian

-----Original Message-----
From: Diane Freundel [mailto:dfreunde@pheaa.org] On Behalf Of FedLoan PSLF
Sent: Monday, July 14, 2014 1:28 PM
To: publicservice
Subject: Society of Digital Agencies - escalated

Hi Ian,  We're comfortable with our decision on this one, but our denial prompted the borrower to escalate it.

Employer certified as private non-profit providing public education, and indicated they are a 501(c)(6).

We confirmed 501(c)(6) status from their Form 990.  Their mission, as stated on the 990 is to provide infrastructure, processes, and products to enable collaboration between members around education, best practices and advocacy.   We don't believe this meets the requirements of public education.

The borrower is requesting a letter explaining why the employer isn't considered to be a provider of public education.  I know we've discussed that public education must be structured and pedagogical in nature; however, I can't find anything definitive that indicates such.  I reviewed the statute, the regulations, the preamble to both the NPRM and the final rules, and can't find anything that defines public education.   Can you please assist?

Password to follow.  thanks!

(See attached file: Society of Digital Agencies.zip)

Diane Freundel
Compliance Services
(717) 720-3267
fax- (717) 720-3911
dfreunde@pheaa.org
This message contains privileged and confidential information intended for the

above addressees only. If you receive this message in error please delete or destroy this message and/or attachments.

The sender of this message will fully cooperate in the civil and criminal prosecution of any individual engaging in the unauthorized use of this message.