# EXHIBIT C



**Fw: Updates to PSLF ECF**
Theresa M Helwig    to: Diane Freundel
Cc: Kimberly A Myers

07/24/2017 10:20 AM

Diane,

Prior to Kim leaving on Friday 7/23/17, she asked me to make a few fast track updates to the Employment Certification Form Procedure based on her below email. I have made the updates to sections 2.2, 2.5 and 2.7 and was hoping you could review the changes to ensure they are correct. There are also two comments that include questions for you.



Employment Certification Form Manual.DRAFT.072417.docx

Bob Cameron indicated he would like the procedure published as soon as possible, so I would appreciate it if you could review the updates at your earliest convenience. Thank you so much for your help!

Theresa Helwig
Compliance Coordinator
Legal and Compliance Services
AES/PHEAA
717-720-2126
thelwig@aessuccess.org

----- Forwarded by Theresa M Helwig/AES on 07/24/2017 10:15 AM -----

| | |
|---|---|
| From: | Kimberly A Myers/PHEAA |
| To: | Theresa M Helwig/AES@PHEAA |
| Date: | 07/21/2017 12:01 PM |
| Subject: | Updates to PSLF ECF |

Theresa - per our discussion.....see email to Chad below.

Hi Chad! After I sent these to you the other week, I realized that there are a few sections that we need to update internally in these procedures. There has been some guidance from FSA that has changed since the last annual review of these procedures; however, I plan on getting them updated in the near future.

It may be important to point out to FSA that sections 2.2, 2.5 and 2.7 need some updates based on recent guidance they provided.

Section 2.2 - As of October 7, 2016, FSA advised we should be approving Tribal casinos as long as they are under the auspices of the Tribe (regardless of whether they are profit making or not).

Section 2.5 & 2.7 - As of February 23, 2017, FSA advised a private not-for-profit (non-501(c)(3)) organization should be evaluated based on their "primary purpose".

Please let me know if you have any questions. Thanks!

Kimberly A Myers
Compliance Services
kmyers@pheaa.org
(717) 720-2630