# EXHIBIT D

| | |
|---|---|
| From: | Robert G Cameron |
| To: | Grugan, John C. |
| Cc: | Bradley Huyett, Eleanor; Colbert III, Edward; Francella, Carmen; 'Harshbarger, Scott'; Jamie Irwin; jmw@stevenslee.com; Jason Swartley; James J Jarecki |
| Subject: | PSLF ECF processing procedure and employer escalations 2012-2017 |
| Date: | 07/21/2017 12:05 PM |
| Attachments: | Employer Escalations 2012_Final.xlsx |
| | Employer Escalations 2013_Final.xlsx |
| | Employer Escalations 2014_Final.xlsx |
| | Employer Escalations 2015_Final.xlsx |
| | Employer Escalations 2016_Final.xlsx |
| | Employer Escalations 2017_Final.xlsx |
| | Employment Certification Form Review Manual.pdf |

John,

Attached below are the spreadsheets containing our evaluations of employer escalations of ECFs since the inception of the program, and the Compliance ECF processing procedures. Data elements of the employer escalations include the date sent to compliance, dates escalated to and returned from FSA (when appropriate) and comments from FSA and Compliance.

Please note that there are three sections in the ECF procedures that are incorrect at this point due to updated FSA guidance. However, the FSA guidance is being followed, and the procedures will be updated shortly. (The same person that processes the ECF's in Compliance is the same person that updates the procedures. We have recently tasked a 2nd person with updating the procedures.) The sections are Section 2.2 - FSA advised we should be approving Tribal casinos as long as they are under the auspices of the Tribe (regardless of whether they are profit making or not); and Section 2.5 & 2.7 - FSA advised a private not-for-profit (non-501(c)(3)) organization should be evaluated based on their "primary purpose").

Thanks,
Bob



Robert G. Cameron
Deputy Chief Counsel and Vice President of Enterprise Compliance
Legal and Compliance Services
PHEAA
1200 North Seventh Street
Harrisburg, PA 17102-1444
Phone: 717.720.1555
Fax: 717.720.3933
Email: rcameron@pheaa.org