# EXHIBIT E

**Re: Fw: question**
FedLoan PSLF  to: Kelly M Nutter                                                        06/26/2017 07:46 PM
Sent by: Kimberly A Myers
Cc:       Christina M Frampton, FedLoan PSLF

Hi Kelly! Just to give you a little background....Based on guidance FSA had originally gave us, we were approving organizations such as these (health plans) as private not-for-profit providing public health service as long as they had at least one position that would qualify (e.g. registered nurse). However, just a few months ago (around January 2017), FSA introduced a new concept in the review, "primary purpose". We questioned this new guidance, and FSA unfortunately agreed that organizations such as this would ultimately not qualify for PSLF purposes and apologized for the guidance they provided in the past with the understanding we had approved such organizations. We provided them with a spreadsheet of organizations that we had approved like this, but they still have not provided follow-up on that list. Therefore, as these come up for review, we don't want to automatically approve, but forward to FSA to make the decision, as this is ultimately going to be a denial, but we need their "approval" to retract.

Please let me know if that makes sense. But, for this particular employer, we would need the list so we can let FSA know how many would be affected. Thanks!

Kimberly A Myers
Compliance Services
kmyers@pheaa.org
(717) 720-2630

| Kelly M Nutter | Can you please review the below - we have anot... | 06/26/2017 04:34:41 PM |

From:     Kelly M Nutter/AES
To:       FedLoan PSLF/PHEAA@PHEAA
Cc:       Kimberly A Myers/PHEAA@pheaa, Christina M Frampton/AES@PHEAA
Date:     06/26/2017 04:34 PM
Subject:  Fw: question

Can you please review the below - we have another borrower with the EIN and it doesn't actually say in the comment the employer is denied it says to just run a query and we may have to do a retraction.

*Kelly Nutter*
*CSR1/PSLF*
*Fedloan Servicing*
*Difficult Roads Often Lead To Beautiful Destinations.*



Pride in Winning ♦ Integrity in All We Do ♦ Focus on Quality and Efficiency ♦ Dedication to Continuous Improvement

----- Forwarded by Kelly M Nutter/AES on 06/26/2017 04:33 PM -----

From:     Christina M Frampton/AES
To:       Kelly M Nutter/AES@PHEAA
Date:     06/26/2017 04:32 PM
Subject:  question

Hello,
I was working on an ECF and the database has this under the comments in the database. How should I proceed with this employer??

| Field | Value |
|---|---|
| Website Address | |
| EIN | [redacted] |
| Location - City | PITTSBURGH |
| Location - State | PA |
| Type of Org | PRIVATE NON-PROFIT |
| Type Non-Profit | PUBLIC HEALTH |
| Date Entered | Monday, April 22, 2013 |
| Reviewer | SUPERVISOR |
| Inconclusive Type | |
| Status | INCONCLUSIVE |
| Denial Reason | |
| Approved/Denied | Friday, June 23, 2017 |
| Comment History | DUE TO IT BEING GREATER THAN ONE YEAR SINCE APPROVAL. COULD NOT FIND ORG ON IRS WEBSITES. *D.D.* <br><br> Entered by: P600171 on 6/23/2017 7:41:36 AM <br> CAN YOU PLEASE QUERY FOR ALL BORROWER'S APPROVED UNDER THIS EIN. EVEN THOUGH FSA APPROVED THIS IN THE PAST, DUE TO THEIR RECENT GUIDANCE ON "PRIMARY PURPOSE" WE WOULD NEED TO SUBMIT THIS AS A POSSIBLE RETRACTION. KAM |
| New Comment | |

*Christina Frampton*
*CSR1/PSLF Representative*
*Loan Operations/PHEAA*
*717-720-6633*
*Have a wonderful day!!!*