## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN BAR ASSOCIATION, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
EDUCATION, *et al.*,

Defendants.

Civil Action No. 16-2476-TJK

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR SCHEDULING OF STATUS CONFERENCE OR, IN THE ALTERNATIVE, ORAL ARGUMENT

Defendants respond to Plaintiffs' Motion for Scheduling of Status Conference or, in the Alternative, Oral Argument to clarify Defendants' position vis-à-vis Plaintiffs' motion.  Although Defendants take no position on the relief requested in Plaintiffs' motion, Defendants do not agree with the argumentative statements and representations made in the motion to support Plaintiffs' purported need for the requested relief.  In addition, contrary to any insinuation in Plaintiffs' Local Rule 7(m) statement—which asserts that Plaintiffs conferred with Defendants regarding the "substance of this motion"—Plaintiffs did not confer with Defendants regarding the aforementioned argumentative statements and representations and only conferred with Defendants regarding their request for a scheduled date for oral argument.

Dated:  March 6, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Chetan A. Patil*
CHETAN A. PATIL (DC 999948)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 305-4968
Fax: (202) 616-8470
Email: chetan.patil@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

 */s/ Chetan A. Patil*
CHETAN A. PATIL