## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>  Defendants. | Civil Action No. 16-2476-TJK |

## [PROPOSED] ORDER

Upon consideration of Plaintiff American Bar Association's ("ABA") Motion for Preliminary Injunction and memorandum of points and authorities in support thereof, and any opposition thereto, it is hereby

ORDERED that Plaintiff ABA's Motion for Preliminary Injunction is GRANTED; and it is further

ORDERED that Defendant U.S. Department of Education is PROHIBITED from applying an interpretation of the relevant statutory and regulatory provisions that fails to recognize Plaintiff ABA as a public service organization for the purposes of the Public Service Loan Forgiveness program, pending the final resolution of this action.

SO ORDERED.

Dated:_____          _____
                                         HONORABLE TIMOTHY J. KELLY
                                         UNITED STATES DISTRICT JUDGE