**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN BAR ASSOCIATION *et al.*,

      *Plaintiffs*,

    v.

UNITED STATES DEPARTMENT OF
EDUCATION *et al.*,

      *Defendants*.

Civil Action No. 16-2476 (TJK)

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment (ECF No. 17) is **GRANTED IN**

**PART** and **DENIED IN PART**, and Defendants' Cross-Motion for Summary Judgment (ECF

No. 22) is **GRANTED IN PART** and **DENIED IN PART**.  Judgment is **ENTERED** on behalf

of Michelle Quintero-Millan, Geoffrey Burkhart, and Kate Voigt.  Judgment is also **ENTERED**

on behalf of Defendants as to Jamie Rudert and the ABA.

It is further **ORDERED** that Plaintiffs' Motion to Allow for Extra-Record Review (ECF

No. 24) and Supplemental Motion to Allow for Extra-Record Review (ECF No. 35) are

**GRANTED**.

It is further **ORDERED** that the Primary Purpose and School-like Setting standards, as

identified in the Opinion, are hereby **VACATED** and the November 19, 2016 denial letter sent

to Quintero-Millan, October 12, 2016 denial letter sent to Burkhart, and December 10, 2014

denial letter sent to Voigt are hereby **REMANDED** to the Department of Education for further

proceedings consistent with the Opinion.

This is a final, appealable Order.  The Clerk of Court is directed to close the case.


**SO ORDERED.**


/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: February 22, 2019