**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN BAR ASSOCIATION, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 16-2476-TJK |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | ) |
| Defendants. | ) |

## PLAINTIFF JAMIE RUDERT'S MOTION TO ALTER OR AMEND THE JUDGMENT

Pursuant to Federal Rule of Civil Procedure 59(e), Plaintiff Jamie Rudert respectfully moves that the Court alter or amend the judgment the Court entered against him and in favor of Defendants, the U.S. Department of Education ("Department") and Secretary of Education Betsy Devos, on February 22, 2019.  Mr. Rudert also respectively moves that the Court allow for extra-record review of a March 20, 2018 Public Service Loan Forgiveness ("PSLF") eligibility denial letter that the Department's PSLF servicer, FedLoan Servicing, sent to one of his former Vietnam Veterans of America ("VVA") colleagues.  This letter is attached as Exhibit 1 to the Declaration of Amanda Radke, which is attached as Exhibit B to the accompanying Memorandum of Points and Authorities.

As explained in the accompanying Memorandum, the Court's reconsideration of its grant of summary judgment against Mr. Rudert is warranted because the evidence is newly discovered not for lack of due diligence, and is highly probative to a key issue that formed the basis for the Court's judgment.  Moreover, if allowed to stand, the judgment against Mr. Rudert would result in manifest injustice by allowing the Department to continue to apply an unlawful standard in denying PSLF eligibility to Mr. Rudert and others similarly situated.  A proposed order is attached hereto.

Dated:  March 22, 2019

Respectfully submitted,

 /s/ Chong S. Park

Chong S. Park (D.C. Bar No. 46050)
John T. Dey (D.C. Bar No. 1029475)
Edward F. Roche (D.C. Bar No. 1029012)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 508-4600
Chong.Park@ropesgray.com

*Attorneys for Plaintiffs*


## LOCAL CIVIL RULE 7(m) STATEMENT

Undersigned counsel for Plaintiffs conferred in good faith with counsel for Defendants

regarding the substance of this motion.  Defendants oppose the motion.


 /s/     Chong S. Park

Chong S. Park (D.C. Bar No. 46050)
John T. Dey (D.C. Bar No. 1029475)
Edward F. Roche (D.C. Bar No. 1029012)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 508-4600
Chong.Park@ropesgray.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of March, 2019, I electronically filed the foregoing motion with the Clerk of the Court using the Court's electronic filing system, which will send a notice of electronic filing to all Counsel of Record.

*/s/     Chong S. Park*

Chong S. Park