## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN BAR ASSOCIATION *et al.*,

                *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
EDUCATION *et al.*,

                *Defendants*.

Civil Action No. 16-2476 (TJK)

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff Rudert's Motion to Alter or Amend the Judgment (ECF No. 50) is

**DENIED**.

This is a final, appealable Order.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: May 22, 2019