**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN BAR ASSOCIATION | ) | |
| and | ) | |
| JAMIE B. RUDERT, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 16-2476-TJK |
| UNITED STATES DEPARTMENT OF EDUCATION | ) | |
| and | ) | |
| BETSY DeVOS, | ) | |
| Defendants. | ) | |

**NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3 and 4(a) and 28 U.S.C. § 1291, notice is hereby given that Plaintiffs, the American Bar Association ("ABA") and Jamie B. Rudert, appeal to the United States Court of Appeals for the District of Columbia Circuit from (1) this Court's February 22, 2019 Order and Memorandum Opinion denying in part Plaintiffs' Motion for Summary Judgment and granting in part Defendants' Cross-Motion for Summary Judgment; (2) this Court's May 22, 2019 Order and Memorandum Opinion denying Plaintiff Rudert's Motion to Alter or Amend the Judgment; and (3) any and all other rulings, orders, or actions of this Court entered or taken in connection with these rulings.

Dated: July 22, 2019                              _/s/ Chong S. Park_

                Chong S. Park (D.C. Bar No. 46050)
                John T. Dey (D.C. Bar No. 1029475)
                2099 Pennsylvania Avenue, NW
                Washington, D.C. 20006
                (202) 508-4600
                Chong.Park@ropesgray.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2019, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the Court's electronic filing system, which will send a notice of electronic filing to all Counsel of Record.

      */s/    Chong S. Park*

Chong S. Park