# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 19-5213                    September Term, 2019

1:16-cv-02476-TJK

Filed On: February 24, 2020 [1829858]

American Bar Association and Jamie B. Rudert,

        Appellants

Geoffrey T. Burkhart, et al.,

        Appellees

    v.

United States Department of Education and John B. King, Jr.,

        Appellees

## M A N D A T E

In accordance with the order of February 24, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

FOR THE COURT:
Mark J. Langer, Clerk

BY:     /s/
Laura M. Chipley
Deputy Clerk

Link to the order filed February 24, 2020.