# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| **No. 19-5213** | **September Term, 2019** |
| | 1:16-cv-02476-TJK |
| | **Filed On:** February 24, 2020 |

American Bar Association and Jamie B. Rudert,

        Appellants

Geoffrey T. Burkhart, et al.,

        Appellees

    v.

United States Department of Education and John B. King, Jr.,

        Appellees

**O R D E R**

Upon consideration of appellants' motion for voluntary dismissal of this appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                            Laura Chipley
                            Deputy Clerk